# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TEMPUS LABS, INC., | |
| Plaintiff, | |
| v. | Case No. 1:23-cv-13757 |
| THERAPAK, LLC, | Judge Jeremy C. Daniel |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate and agree that pursuant to the parties' Confidential Settlement Agreement:

1. The parties have fully and finally resolved all claims and defenses at issue in this action;

2. Plaintiff's Complaint is dismissed with prejudice; and

3. Each party shall bear its own fees and costs.

Dated: September 28, 2023

| For Plaintiff Tempus Labs, Inc. | For Defendant Therapak, LLC |
|---|---|
| /s/ Jeff Eberhard | /s/ Joan A. Akalaonu |
| Jeff Eberhard (ARDC No. 6276471) | Joan A. Akalaonu (ARDC No. 6320201) |
| Blake Edwards (ARDC No. 6326850) | Faegre Drinker Biddle & Reath LLP |
| Gair Eberhard Nelson Dedinas Ltd. | 320 S. Canal Street, Suite 3300 |
| 1 E. Wacker Drive, Suite 2600 | Chicago, IL 60606 |
| Chicago, IL 60601 | (312) 569-1000 |
| (312) 600-4900 | Joan.Akalaonu@faegredrinker.com |
| jeberhard@gairlawgroup.com | |
| bedwards@gairlawgroup.com | |